IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:            :       MISCELLANEOUS
                             :
STEPHEN DANIEL BRINTON       :       NO. 20-mc-0091

## ORDER TO SHOW CAUSE

**AND NOW**, this 3rd day of September, 2020, it appearing that on July 27, 2020, respondent was **suspended on consent** from the practice of law by the Supreme Court of Pennsylvania for a period of three (3) years, with six months to be served. The remaining suspension period is stayed, and he is placed on probation for two years and six months, subject to conditions, effective thirty (30) days from July 27, 2020, it is hereby,

**ORDERED** that respondent file with this court, within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by the respondent, predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D, that the imposition of identical discipline by this court would be unwarranted, and the reasons therefore.

Respondent is reminded that if he wishes to be reinstated to practice law before this Court following a six-month suspension, he must comply with Local Rule 83.6 VII A.

**FOR THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**