## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **MISCELLANEOUS** |
| | : | |
| **STEPHEN DANIEL BRINTON** | : | **NO. 20-mc-0091** |

### ORDER

**AND NOW**, this 2nd day of November, 2020, respondent having been ordered on September 3, 2020, to show cause, within thirty (30) days, why he should not be **suspended** from the practice of law in this court for a period of three (3) years, with six months to be served. The remaining suspension period is stayed, and he is placed on probation for two years and six months, subject to conditions, effective thirty (30) days from July 27, 2020, and respondent having answered and not requested a hearing, it is hereby

**ORDERED** that respondent is **suspended** from the practice of law in this court for a period of three (3) years, with six months to be served. The remaining suspension period is stayed, effective thirty (30) days from July 27, 2020, and until further order of this court.

BY THE COURT:


/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**