# EXHIBIT A



July 23, 2018

To Chester County Pretrial Services Unit,

This letter is to confirm that Stephen Brinton (DOB: 12/27/73) attended a mental health/substance abuse evaluation at Sanare Today on July 19, 2018. Stephen also submitted a 10 panel Urine Drug Screen (UDS), on the day of this evaluation results of which are negative. Based upon the information gathered in this assessment, Stephen is not recommended follow up treatment in a Drug & Alcohol program. He is recommended to follow up with an individual therapist to address current life stressors. Stephen was given a few referrals for a therapist in his area.

If you have any questions or require additional information, please contact me directly at the number/email below.

Warm regards,


Lauren Rudolph, LPC

Intensive Outpatient Therapist

484.319.2394

lrudolph@sanaretoday.com