# EXHIBIT B



**DALTON**
Trial & Appellate Counsel

Bartholomew J. Dalton (DE,DC)
Laura J. Simon (DE,PA,NJ)
Stephen D. Brinton (PA)
Andrew C. Dalton (DE,PA,NJ)

Ipek Kurul (DE)
Michael C. Dalton (DE,PA)
Connor C. Dalton (PA,NJ)
Sarah G. Klein, of counsel (MN)

August 19, 2021

To Whom It May Concern:

My name is Bartholomew J. Dalton and I am the founder of Dalton & Associates, P.A. My law firm represents clients in matters involving personal injury, medical malpractice, and civil rights among others.

Mr. Stephen D. Brinton has worked here since 2001, first as a Law Clerk then as an Associate Attorney in 2005. He immediately informed us of the accident, investigation, and ensuing conviction. He worked here during the period of his suspension and was scrupulous in his observation of the restrictions imposed on formerly admitted lawyers.

Mr. Brinton is an honest, diligent, careful, and intelligent lawyer that we are proud to have work with us in my office. His work is excellent and his care of the clients is always high quality. He is an asset to our practice. We hope Mr. Brinton remains here throughout his career.

Respectfully submitted,

Bartholomew J. Dalton

Cool Spring Meeting House  |  1106 West Tenth Street  |  Wilmington, DE 19806
(302) 652-2050  |  Fax (302) 652-0687  |  www.dalton.law