# EXHIBIT C



Jesse G. Hereda
Executive Director

Laura K. Mohney
Counsel to the Board

Kimberly M. Henderson
Special Counsel

Marcee D. Sloan
Board Prothonotary

FAX (717) 231-3381

# THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
(717) 231-3380
www.padisciplinaryboard.org

**Members of the Board**
John P. Goodrich
*Board Chair*
Jerry M. Lehocky
*Board Vice-Chair*
Dionysios G. Rassias
* Hon. Robert L. Repard
Christopher M. Miller
John C. Rafferty, Jr.
Gretchen A. Mundorff
David S. Senoff
* Celeste L. Dee
Hon. Eugene Scanlon, Jr.
Robert J. Mongeluzzi
Shohin H. Vance

* *Non-Lawyer Member*

Stephen Daniel Brinton
Dalton & Associates, PA
1106 W. 10th Street
Wilmington, DE 19806

May 10, 2021

RE: In the Matter of STEPHEN DANIEL BRINTON
PETITION FOR REINSTATEMENT
No. 2691 Disciplinary Docket No. 3
No. 88 DB 2020
Attorney Registration No. 94817
(Out of State)

Dear Mr. Brinton:

Enclosed please find Order of the Supreme Court of Pennsylvania dated May 10, 2021 reinstating you to active status. Please note that your PA Attorney Annual Registration for 2021-2022 must be completed by July 1, 2021.

Also enclosed is an Agreement to be signed, dated, and returned to this office in accordance with the Supreme Court Order dated July 27, 2020, in which it was determined that you be placed on probation for a period of two years and six months, subject to the conditions which are enumerated in the Order.

Your probation will take effect today, May 10, 2021. Your quarterly reports will be due on the 15th of each of the following months: July, October, January and April, with a final report due on November 10, 2023.

Very truly yours,

Marcee D. Sloan
Board Prothonotary

Enclosures

cc: (with enclosure)
Ellen C. Brotman, Esq., Petitioner's Counsel
H. Geoffrey Moulton, Jr., Court Administrator of Pennsylvania
Kathryn P. Morgan, Esq., Executive Director, PA Lawyers Fund for Client Security
Elizabeth A. Livingston– Disciplinary Counsel
Thomas J. Farrell, Chief Disciplinary Counsel

## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2691 Disciplinary Docket No. 3 |
| | : |
| | : No. 88 DB 2020 |
| STEPHEN DANIEL BRINTON | : |
| | : Attorney Registration No. 94817 |
| | : |
| | : (Out of State) |

### O R D E R

**PER CURIAM**

**AND NOW**, this 10th day of May, 2021, on certification by the Disciplinary Board that Stephen Daniel Brinton, who was suspended for a period of three years, with six months to be served, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Stephen Daniel Brinton is reinstated to active status. He remains subject to a two-year and six-month probation, with the conditions outlined in this Court's Order dated July 27, 2020.

A True Copy Patricia Nicola
As Of 05/10/2021

Attest: *Patricia Nicola*
Chief Clerk
Supreme Court of Pennsylvania



**THE DISCIPLINARY BOARD OF THE**
**SUPREME COURT OF PENNSYLVANIA**

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
Phone: (717) 231-3380  Fax: (717) 231-3381
www.padisciplinaryboard.org

## AGREEMENT

Re: Office of Disciplinary Counsel
v. STEPHEN DANIEL BRINTON
No. 2691 Disciplinary Docket No. 3
No. 88 DB 2020
Attorney Registration No. 94817
(Out of State)

I, Stephen Daniel Brinton, hereby agree to comply with all of the terms and conditions of the Order of the Disciplinary Board of the Supreme Court of Pennsylvania dated July 27, 2020, in the above matter.

I understand that the two year and six month period of self-reporting probation shall commence immediately.

I further agree to make reports, in writing, to the Board Prothonotary not less than every ninety (90) days with the first one being due one July 15, 2021 and the final one being due November 10, 2023.

I understand that the terms of this Probation are strictly confidential and should not be disclosed or discussed with anyone not involved in this matter.

_____
Stephen Daniel Brinton

Date: 5/10/21