# EXHIBIT D

# BrotmanLaw

Ellen C. Brotman, Esq.
One South Broad Street
Suite 1500
D:215-609-3247 C:484-614-8522
E:ebrotman@ellenbrotmanlaw.com
W:www.ellenbrotmanlaw.com

April 26, 2021

By Email
Ms. Marcee D. Sloan
Prothonotary of the Disciplinary Board
of the Supreme Court of Pennsylvania
601 Commonwealth Avenue, Suite 5600,
Harrisburg, PA 17106-2625

        Re:   In the Matter of Stephen Brinton
                88 DB 2020
                Attorney No. 94817

Dear Ms. Sloan,

    This is to certify, per the attached verification, that, during the period of his suspension, Stephen Brinton complied with all the terms and conditions of the order of suspension entered in the above-referenced matter. During his suspension, Mr. Brinton also complied with all the requirements of Enforcement Rule 217.

    I am also attaching a credit card form to pay Mr. Brinton's $250 reinstatement fee, per the current schedule of fees.

    Thank you for your assistance in this matter.

                              Sincerely,

                              Ellen C. Brotman

cc: Stephen Brinton, by email
    Elizabeth Livingston, ODC, via email.

## VERIFICATION

I, Stephen Brinton, state, under penalties in 18 Pa.C.S.A. §4904, that the foregoing letter from Ellen C. Brotman, Esq. to the Prothonotary of the Disciplinary Board is true and correct to the best of my knowledge, information and belief.

_____
Stephen Brinton

Date: 4/26/21